UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TINA L. HOLLEY, JONATHAN TOUCHTON, JOY D. HAYWARD, KAREN M. GOWAN, and MICHAEL R. CHAPMAN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:03-0071 |
| | ) | Judge Echols |
| GILES COUNTY, TENNESSEE, GILES COUNTY SHERIFF'S DEPARTMENT, EDDIE BASS, Individually and in his capacity as Sheriff of Giles County, Tennessee, TOMMY PORTERFIELD, Individually and in his capacity as Chief Deputy Sheriff of Giles County, Tennessee | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) "Plaintiffs' Exception to the Clerk of Court's Taxation of Costs Motion to Delay Assessment of Costs Pending Appeal" (Docket Entry No. 124) is hereby DENIED;

(2) Plaintiffs' "Motion to Review Clerk of Court's Final Taxation of Costs and Denial of Plaintiffs['] Request to Delay Assessment of Costs Pending Appeal" (Docket Entry No. 126) is hereby DENIED; and

1

(3) Plaintiffs' "Motion to Delay Assessment of Cost Pending Appeal and Objections to Defendants' Bill of Costs" (Docket Entry No. 120) is hereby DENIED AS MOOT.

Accordingly, the Clerk of Court's Final Taxation of Costs (Docket Entry No. 125) is hereby AFFIRMED and costs are assessed against Plaintiffs in the amount of $12,398.55.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE